IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Commodore Investments, LLC**, | ) |
| | ) Case No. 3:10-cv-0825 |
| Plaintiff | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| **Barry Lehman and Robin Schwartz,** | ) |
| | ) |
| Defendants | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants (Docket Entry No. 7). Service upon Defendants has been made and returns of service have been filed with the Court (Docket Entries 5&6). In addition, a Declaration as to Military Service has been provided by Plaintiff (Docket Entry No. 8). Defendants have failed to answer within the time period required by law despite having been served and the entry of default is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default against Defendants Barry Lehman and Robin Schwartz pursuant to Federal Rule of Civil Procedure 55(a). This is an Entry of Default only. Default judgment now may be sought pursuant to Federal Rule of Civil Procedure 55(b).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1